Manuel Cividanes Rolán, demandante y apelante, *v.* Antonio M. Somoza y Emilia Abarca, demandados y apelados.

No. 4309.—*Visto:* Julio 11, 1927. *Resuelto:* Julio 14, 1927.

Apelación y Error—Desestimación, Retiro y Abandono—Falta de Diligencia en la Tramitación del Recurso.—Cuando transcurre el término fijado por la regla 59 del Reglamento del Supremo y se pide su aplicación, surge en el apelante el deber de explicar satisfactoriamente su conducta, y si no lo hiciere, la apelación debe ser desestimada.

Moción sobre desestimación de apelación interpuesta ésta contra sentencia de Pablo Berga, J. (San Juan), en acción de daños y perjuicios. *Con lugar.*

L. *Muñoz Morales*, abogado del apelante; *F. Soto Gras*, abogado de los apelados.

El Juez Presidente Señor del Toro, emitió la opinión del tribunal.

En este caso la parte apelada solicita la desestimación del recurso basándose en que la apelación se interpuso el 9 de octubre de 1926, en que el apelante optó por la transcripción de la evidencia preparada por el taquígrafo, en que la corte ordenó a dicho funcionario que preparara la transcripción y en que no obstante haber transcurrido 238 días a la fecha de la moción, la transcripción de los autos no ha sido archivada en esta Corte Suprema, todo lo cual demuestra que el recurso no ha sido proseguido con la de-

bida diligencia. Se invoca la regla 59 del Reglamento de este tribunal.

La moción está jurada y fué notificada al abogado de la parte apelante el 14 de junio de 1927. Señalada su vista para el 11 de julio actual, se notificó el señalamiento a los abogados de las partes el mismo día 14 de junio último. Sólo compareció al acto de la vista la parte apelada, por su abogado. La parte apelante ni compareció ni se ha opuesto por escrito ni de otro modo a la petición de la apelada.

La regla invocada dice:

"Expirado el término de noventa días desde la fecha en que se presentare el escrito de apelación, y no obstante las prórrogas concedidas por la corte inferior, el Tribunal a discreción podrá desestimar una apelación que no haya sido anteriormente registrada en este Tribunal, mediante moción presentada al efecto, si se probare satisfactoriamente que el apelante no ha proseguido su apelación con la diligencia debida o de buena fe, o que tal apelación es frívola."

Interpretándola hemos resuelto varias veces que no basta el mero transcurso de los noventa días para que se entienda probada la negligencia. También hemos decidido en muchas ocasiones que comenzando a correr el término para archivar la transcripción de los autos en esta Corte Suprema desde la fecha en que la corte de distrito aprueba la exposición del caso, la transcripción de la evidencia o el pliego de excepciones, es necesario alegar y probar que no existe pendiente de aprobación ninguno de dichos documentos en la corte inferior, para que la desestimación pueda decretarse.

Las circunstancias que concurren en éste no se presentaron en los casos resueltos con anterioridad.

Es un hecho que la regla existe. Se inspira en el deseo de que las apelaciones se tramiten lo más rápidamente que sea posible. Se presume que la sentencia dictada es justa. La parte perjudicada tiene el derecho de apelar pero tiene también el deber de ser diligente. La regla fija el término de noventa días como bastante para los casos corrientes.

Cuando transcurre dicho término y la parte apelada pide la aplicación de la regla, surge en la parte apelante el deber de explicar satisfactoriamente su conducta.

¿Lo ha hecho en el presente caso? Ella fué notificada de la moción en la que se alega como hemos visto que habían transcurrido no ya 90 días sino 238 días y en la que se le hace expresamente el cargo de negligencia. A ella se le notificó el señalamiento de la vista de la moción con mayor antelación que la usual. Y eso no obstante, ni compareció al acto de la vista, ni ha explicado en modo alguno sus gestiones. Su actitud sólo puede interpretarse en el sentido de aceptar el cargo de negligencia que se le hizo.

Siendo ello así, a pesar de no haberse demostrado si está o no pendiente de aprobación alguno de los documentos mencionados, aceptado por la propia parte apelante que no ha proseguido su apelación con la diligencia debida y habiendo transcurrido con exceso el término fijado por la regla 59 invocada, *debe declararse con lugar la moción de la parte apelada y en su consecuencia desestimarse el recurso.*